# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL GUSTAFSON on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>MARKETSTAR QOZ BUSINESS, LLC;<br><br>Defendant. | **ORDER (I) PRELIMINARILY APPROVING THE SETTLEMENT AGREEMENT, (II) APPROVING THE FORM AND MANNER OF NOTICE TO CLASS MEMBERS OF THE SETTLEMENT, (III) SCHEDULING A FAIRNESS HEARING TO CONSIDER FINAL APPROVAL OF THE SETTLEMENT AGREEMENT, AND (IV) GRANTING RELATED RELIEF**<br><br>Case No. 1:23-cv-80-HCN<br><br>Howard C. Nielson, Jr.<br>United States District Judge |

The Court has considered the Joint Motion of Michael Gustafson ("Class Representative" or "Plaintiff"), on behalf of himself and on behalf of the individuals named on Schedule 1 to the Settlement (the "Settlement Class") on the one hand, and MarketStar QOZ Business, LLC ("MarketStar" or "Defendant") on the other hand, collectively referred to as the "Parties," by and through their respective counsel of record, for an Order (1) Preliminarily Approving the Settlement Agreement between the Parties, attached to the Joint Motion as Exhibit A; (2) Approving the Form and Manner of Notice to the Settlement Class; (3) Scheduling a Final Fairness Hearing for the final consideration and approval of the Settlement Agreement; and (4) Finally Approving the Settlement Agreement (the "Joint Motion"); and the Court having considered the Joint Motion and any opposition thereto, the Court finds that:

1. Proper and sufficient notice of the Joint Motion has been given and that no further notice of the Joint Motion is required except as set forth herein;

2. Based on the range of possible outcomes and the cost, delay, and uncertainty associated with further litigation, the Settlement is reasonable and cost-effective, and preliminary approval of the Settlement is warranted and in the best interests of the Parties;

3. Notice should be given to all of the Class Members, affording them the opportunity to object to the proposed Settlement Agreement;

4. The Settlement Agreement should be preliminarily approved;

5. Notice to the Class by first class mail, postage prepaid, at their last known address as provided by Defendant to Class Counsel (or as may otherwise be determined by Class Counsel and/or the Settlement Administrator) is reasonable and the best notice practicable under the circumstances and such mailing should be made by Class Counsel, through their designee, within fifteen (15) business days following the entry of this Order;

6. The contents of the notice of settlement (the "Class Notice") annexed to the Joint Motion as Exhibit C meet the requirements of Fed. R. Civ. P. 23(c)(2)(B). The Class Notice states the nature of the action, and the issues and defenses. The Class Notice also states that the Settlement Agreement, if approved, will be binding on all Settlement Class Members. The Class Notice also summarizes the terms of the Settlement Agreement, the right of each Class Member to opt-out or object to the Settlement and to appear by counsel at the Fairness Hearing, and the fact that more information is available from Class Counsel upon request. Further, the Class Notice informs the Class Members that the Settlement Agreement provides for the release of their Released Claims (as that term is defined in the Settlement Agreement) and the payment of Class Counsel's attorneys' fees and costs. *See* Fed. R. Civ. P. 23(h);

7. A hearing on the final approval of the Settlement Agreement ("Fairness Hearing") should be held no sooner than July 22, 2024, at 1:30 p.m., so that Class Members will have

sufficient time from the mailing of the Class Notice to secure further information regarding the relief sought by the Joint Motion, and/or to opt-out or object to the proposed Settlement Agreement should they choose to do so, and to engage counsel to appear at the Fairness Hearing; and

8. Other good and sufficient cause exists for granting the relief requested in the Joint Motion.

**THEREFORE, IT IS HEREBY ORDERED THAT**:

1. The Joint Motion is **GRANTED**, subject to final approval, as set forth herein.

2. The Settlement Agreement is hereby preliminarily approved.

3. The form of the Class Notice, substantially in the form annexed to the Joint Motion as Exhibit C, and the preparation and service of the Class Notice by Class Counsel, through their designee, by first class mail, postage prepaid, to each Settlement Class Member identified in Schedule 1 to the Settlement Agreement at his or her last known address as provided by Defendant to Class Counsel (or as may otherwise be updated by Class Counsel and/or the Settlement Administrator) is hereby approved.

4. Within two business days of entry of this Order, the Defendant shall securely provide the Settlement Administrator with a social security number for each Settlement Class Member for the Settlement Administrator's use in locating any Settlement Class Member whose address is stale and/or for use in administration of the Settlement.

5. The Class Notice shall be mailed by first class mail by Class Counsel, through their designee to the individuals identified in Schedule 1 to the Settlement Agreement within fifteen (15) business days following the entry of this Order.

6. Settlement Class Members who wish to opt-out or object to the Settlement must send such opt-out or objection, according to the instructions set out in the Class Notice, such that

it is received by the entities as described in the Notice Parties no later than the deadlines set forth in the Class Notice, which shall be set at thirty-five (35) days from the date of mailing.

    7.    The Court shall conduct a Fairness Hearing on July 22, 2024, at 1:30 p.m.

    8.    This Court retains jurisdiction to construe, interpret, enforce, and implement the Settlement Agreement and this Order.

IT IS SO ORDERED.

Dated this 30th day of April, 2024.

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge