# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL GUSTAFSON on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MARKETSTAR QOZ BUSINESS, LLC,<br><br>Defendant. | **FINAL ORDER APPROVING WARN ACT CLASS ACTION AMENDED SETTLEMENT AGREEMENT**<br><br>Civil No.: 1:23-cv-80-HCN-DBP<br><br>Howard C. Nielson, Jr.<br>United States District Judge |

The Court has considered the Joint Motion of Michael Gustafson ("Class Representative" or "Plaintiff"), on behalf of himself and on behalf of the individuals named on Amended Schedule 1 to the Amendment to the Settlement And Release Agreement ("Amendment" and "Amended Schedule 1", ECF No. 39-1) (the "Settlement Class") on the one hand, and MarketStar QOZ Business, LLC ("MarketStar" or "Defendant") on the other hand, sometimes collectively referred to as the "Parties," by and through their respective counsel of record, for an Order (1) Preliminarily Approving the Settlement Agreement between the Parties, attached to the Joint Motion as Exhibit A; (2) Approving the Form and Manner of Notice to the Settlement Class; (3) Scheduling a Final Fairness Hearing for the final consideration and approval of the Settlement Agreement; and (4) Finally Approving the Settlement Agreement (the "Joint Motion"); and the Court having considered the Joint Motion, as well as the Amendment, and any opposition thereto, the Court finds:

 A. The Court entered an Order on April 30, 2024, granting preliminary approval of the Settlement Agreement and approving the form and manner of notice of the Settlement Agreement to be given to all Class Members;

B.  Due notice has been given to the Settlement Class of the Settlement Agreement and the right to opt-out or object to it, and the right to appear in person or by counsel at the Fairness Hearing, should they so choose; and no other and further notice is required and such notice is deemed proper and sufficient under the circumstances;

C.  Due notice of the Amendment has also been given to the Additional Employees added to the Settlement Class, and the right to opt-out or object to it, and the right to appear in person or by counsel at the Fairness Hearing, should they so choose; and no other and further notice is required and such notice is deemed proper and sufficient under the circumstances;

D.  There was one timely opt-out and no objections;

E.  The Court has held a Fairness Hearing on July 22, 2024 to consider final approval of the Settlement Agreement;

F.  All Settlement Class Members, including the Additional Employees, are bound by this Order and the terms of the Settlement Agreement, as amended;

G.  The terms of the Settlement Agreement, as amended, are fair, reasonable and adequate under Federal Rule of Civil Procedure 23 and the applicable factors as set out in *Rutter & Wilbanks Corp. v. Shell Oil Co.*, 314 F.3d 1180, 1188 (10th Cir. 2002);

H.  The Settlement Agreement, as amended, was negotiated at arm's length and in good faith, is fair equitable and in the best interests of the Parties; and

I.  Other good and sufficient cause exists for granting the relief requested in the Joint Motion.

THEREFORE, IT IS HEREBY ORDERED THAT:

1.  The Settlement Agreement, as amended, is **APPROVED**, as set forth herein.

2.  The Parties are authorized to implement the terms of the Settlement Agreement, as amended, and Defendant shall make the payment of the Amended Settlement Amount (i.e., $425,692) in accordance with the Settlement Agreement, as amended.

3.  Upon entry of this Order and payment of the Amended Settlement Amount in accordance with the Settlement Agreement, as amended, the Released Claims shall be deemed waived and released in their entirety.

4.  Upon entry of this Order and upon payment of the Amended Settlement Amount in accordance with the Settlement Agreement, as amended, this Lawsuit shall be dismissed with prejudice.

5.  This Court shall retain jurisdiction, even after the dismissal of this Lawsuit, with respect to all matters arising from or related to the implementation of the Settlement Agreement, as amended, and this Order.

IT IS SO ORDERED.

Dated this 23rd day of July, 2024.
BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge