FILED
2024 JUL 26 PM 4:09
CLERK
U.S. DISTRICT COURT

AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

MICHAEL GUSTAFSON on behalf of himself and all others similarly situated,

Plaintiff,

v.

MARKETSTAR QOZ BUSINESS, LLC,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:23-CV-80-HCN

IT IS ORDERED AND ADJUDGED

1. That this judgment binds all members of the class certified by the court pursuant to Federal Rule of Civil Procedure 23(b)(3) to whom notice was directed pursuant to Federal Rule of Civil Procedure 23(c)(2) and who have not requested exclusion: namely, all persons whose employment was terminated from MarketStar's Ogden, Utah facility on or about June 30, 2023, pursuant to a mass layoff or plant closure or layoff as defined by the WARN Act, except for any excluded person and the legal representatives, affiliates, heirs, successors-in-interest, or assigns of any such excluded person.

2. That this action is dismissed with prejudice.

July 26, 2024

*Date*

BY THE COURT:

_____

Howard C. Nielson, Jr.
United States District Judge